IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:06-CR-23-2H

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EDWARD DELVON RICHARDSON, ) | |
| ) | |
| Defendant. ) | |

Upon the request of defendant and for good cause shown, it is ordered that the defendant be discharged from supervision and that the proceedings be terminated.

This the 30th day of March 2017.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
JH